FILED

1  Scott E. Blakeley (State Bar No. 141418)
2  E-Mail: SEB@BandBLaw.com
   Bradley D. Blakeley (State Bar No. 189756)          2007 AUG -1  PM 1:31
3  E-Mail: BBlakeley@BandBLaw.com
4  BLAKELEY & BLAKELEY LLP
   1000 Quail Street, Suite 200
5  Newport Beach, CA 92660
6  Telephone: (949) 260-0611
   Facsimile: (949) 260-0613
7

8  Attorneys for Defendant,
   Daniel Harrow
9

10            UNITED STATES DISTRICT COURT

11            CENTRAL DISTRICT OF CALIFORNIA

12                  SOUTHERN DIVISION

13

| | |
|---|---|
| 14  CHRISS STREET, | CASE NO. SACV07-829JVS (ANx) |
| 15          Plaintiff, | **ANSWER TO COMPLAINT FOR** |
| 16  v. | **DAMAGES FOR (1) BREACH OF** |
| | **CONTRACT; (2) FRAUD; (3)** |
| 17  DANIEL HARROW, DOES 1 through 25, | **INTENTIONAL INTERFERENCE** |
| 18  inclusive, | **WITH ECONOMIC RELATIONS;** |
| | **(4) NEGLIGENT INTERFERENCE** |
| 19          Defendants. | **WITH ECONOMIC RELATIONS;** |
| | **AND (5) CONSPIRACY** |
| 20 | |
| 21 | |
| 22 | |
| 23 | |

24      Defendant, Daniel Harrow, ("Defendant"), hereby submits his Answer to the

25  Complaint of Chriss Street, an individual ("Plaintiff"), as follows.  Defendant:

26      1.     Lacks knowledge or information sufficient to form a belief as to the truth

27  of the allegations contained in paragraph 1, and on that basis denies the allegations.

28

ANSWER TO COMPLAINT
ORIGINAL

1    2.    Admits the allegations contained in paragraph 2.

2    3.    Lacks knowledge or information sufficient to form a belief as to the truth

3    of the allegations contained in paragraph 3, and on that basis denies the allegations.

4    4.    Denies the allegations contained in paragraph 4.

5

6    5.    Lacks knowledge or information sufficient to form a belief as to the truth

7    of the allegations contained in paragraph 5, and on that basis denies the allegations.

8    6.    Lacks knowledge or information sufficient to form a belief as to the truth

9    of the allegations contained in paragraph 6, and on that basis denies the allegations.

10    7.    Denies the allegations contained in paragraph 7.

11

12    8.    Lacks knowledge or information sufficient to form a belief as to the truth

13    of the allegations contained in paragraph 8, and on that basis denies the allegations.

14    9.    Lacks knowledge or information sufficient to form a belief as to the truth

15    of the allegations contained in paragraph 9, and on that basis denies the allegations.

16    10.    Lacks knowledge or information sufficient to form a belief as to the truth

17    of the allegations contained in paragraph 10, and on that basis denies the allegations.

18    11.    Repeats the corresponding admissions and denials of paragraphs 1

19    through 10 herein.

20

21    12.    Denies the allegations contained in paragraph 12.

22    13.    Lacks knowledge or information sufficient to form a belief as to the truth

23    of the allegations contained in paragraph 13, and on that basis denies the allegations.

24    14.    Denies the allegations contained in paragraph 14.

25

26    15.    Lacks knowledge or information sufficient to form a belief as to the truth

27    of the allegations contained in paragraph 15, and on that basis denies the allegations.

28

---

**ANSWER TO COMPLAINT**
-2-

*Answer to Complaint v2*

1    16.    Repeats the corresponding admissions and denials of paragraphs 1

2    through 15 herein.

3        17.    Denies the allegations contained in paragraph 17.

4        18.    Denies the allegations contained in paragraph 18.

5

6        19.    Lacks knowledge or information sufficient to form a belief as to the truth

7    of the allegations contained in paragraph 19, and on that basis denies the allegations.

8        20.    Denies the allegations contained in paragraph 20.

9        21.    Denies the allegations contained in paragraph 21.

10       22.    Repeats the corresponding admissions and denials of paragraphs 1

11   through 21 herein.

12

13       23.    Denies the allegations contained in paragraph 23.

14       24.    Denies the allegations contained in paragraph 24.

15       25.    Lacks knowledge or information sufficient to form a belief as to the truth

16   of the allegations contained in paragraph 25, and on that basis denies the allegations.

17       26.    Denies the allegations contained in paragraph 26.

18       27.    Denies the allegations contained in paragraph 27.

19

20       28.    Repeats the corresponding admissions and denials of paragraphs 1

21   through 27 herein.

22       29.    Denies the allegations contained in paragraph 29.

23       30.    Denies the allegations contained in paragraph 30.

24       31.    Denies the allegations contained in paragraph 31.

25

26       32.    Repeats the corresponding admissions and denials of paragraphs 1

27   through 31 herein.

28

1    33.    Denies the allegations contained in paragraph 33.

2    34.    Denies the allegations contained in paragraph 34.

3    35.    Denies the allegations contained in paragraph 35.

4
5    36.    Denies the allegations contained in paragraph 36.

6    37.    Lacks knowledge or information sufficient to form a belief as to the truth

7    of the allegations contained in paragraph 37, and on that basis denies the allegations.

8    38.    Denies the allegations contained in paragraph 38.

9    39.    Denies the allegations contained in paragraph 39.

10    **AFFIRMATIVE DEFENSES**

11    **FIRST AFFIRMATIVE DEFENSE**

12
13    (Failure to State a Cause of Action)

14    The Complaint, and each and every cause of action therein, fails to state a cause

15    of action upon which relief can be granted.  Accordingly, the First, Second, Third,

16    Fourth, and Fifth causes of action of the Complaint should be dismissed.

17    **SECOND AFFIRMATIVE DEFENSE**

18
19    (Failure to State a Prayer Upon Which Relief May Be Granted)

20    The Complaint, and each and every cause of action therein, fails to state a

21    prayer upon which relief can be granted.  Accordingly, the First, Second, Third,

22    Fourth, and Fifth causes of action of the Complaint should be dismissed.

23    **THIRD AFFIRMATIVE DEFENSE**

24    (Consent; Ratification)

25    The Complaint, and each cause of action therein, is barred because Plaintiff

26    consented to and/or ratified the alleged conduct of Defendant.

27

28

---

**ANSWER TO COMPLAINT**
-4-

*Answer to Complaint v2*

1

## FOURTH AFFIRMATIVE DEFENSE

2

(Inadequate Notice of Alleged Breach)

3    The Complaint, and each cause of action therein, is barred in that Plaintiff gave

4    Defendant no or inadequate notice of any purported breach of contract within a

5    reasonable time after the purported breach and/or knowledge thereof.

6

## FIFTH AFFIRMATIVE DEFENSE

7

(Statute of Limitations)

8    Each cause of action therein, is barred by the Statute of Limitations.

9    Accordingly, the First, Second, Third, Fourth, and Fifth Causes of Action of the

10   Complaint should be dismissed.

11

## SIX AFFIRMATIVE DEFENSE

12

13   (Excuse)

14   Any duty of Defendant has been excused by Plaintiff's breach of condition

15   precedent, prevention, frustration of purpose and/or acceptance.

16

## SEVENTH AFFIRMATIVE DEFENSE

17

(Waiver)

18
     Plaintiff is barred in whole or in part by the doctrine of waiver to assert the
19
20   causes of action in the Complaint against Defendant.

21

## EIGHTH AFFIRMATIVE DEFENSE

22

(Estoppel)

23   Defendant is estopped from asserting the causes of action alleged in the

24   Complaint against Defendant.

25

26

27

28

1

## NINTH AFFIRMATIVE DEFENSE

2

(Laches)

3

Plaintiff is barred in whole or in part by the equitable doctrine of laches from

4

asserting the causes of action alleged in the Complaint against Defendant.

5

## TENTH AFFIRMATIVE DEFENSE

6

7

(Unclean Hands)

8

Plaintiff is barred in whole or in part by the equitable doctrine of unclean hands

9

to assert the claims alleged in Complaint against Defendant.

10

## ELEVENTH AFFIRMATIVE DEFENSE

11

(Performance)

12

13

Defendant has fully performed each and every obligation required under any

14

contract entered into between the parties.

15

## TWELFTH AFFIRMATIVE DEFENSE

16

(Failure to Mitigate)

17

Plaintiff has failed to mitigate its damages, thus barring or proportionately

18

diminishing his recovery, if any, as alleged in the Complaint against Defendant.

19

## THIRTEENTH AFFIRMATIVE DEFENSE

20

(Set-Off)

21

22

To the extent that Plaintiff establishes any liability in damages against

Defendant, which liability and damages Defendant denies, Defendant is entitled to an

23

offset against such damages by reason of Plaintiff's breach of contract as set forth in

24

the Complaint.

25

26

27

28

---

**ANSWER TO COMPLAINT**
-6-

1

## FOURTEENTH AFFIRMATIVE DEFENSE

2

(Damages Not Proximately Caused by Defendant)

3

Defendant alleges that the causes of action are barred because all damages

4

suffered by Plaintiff, if any, were not caused by any conduct or inaction of Plaintiff.

5

## FIFTEENTH AFFIRMATIVE DEFENSE

6

(Negligence)

7

Defendant alleges that the causes of action are barred because all damages, if

8

any, sustained or suffered Plaintiff were proximately caused by the negligent conduct

9

of Plaintiff.

10

## SIXTEENTH AFFIRMATIVE DEFENSE

11

(No Reliance)

12

Defendant alleges that the causes of action are barred because Plaintiff did not

13

rely on the alleged misrepresentations.

14

Dated: August  ⎷ , 2007                                            BLAKELEY & BLAKELEY LLP

15

16

17                                                                          By: _____

18                                                                                  Scott E. Blakeley
                                                                          Counsel for Defendant, Daniel
19                                                                          Harrow

20

21

22

23

24

25

26

27

28

1

DECLARATION OF SERVICE

2

The undersigned certifies and declares as follows:

3

I am employed in the City of Newport Beach and County of Orange, in the State of

4 California. I am over the age of 18 and not a party to the within action. I am employed by Blakeley

5 & Blakeley LLP, whose business address is 1000 Quail Street, Suite 200, Newport Beach, California

6 92660.

7

On **August 1, 2007,** I served the forgoing document described as:

8

9

10

**ANSWER TO COMPLAINT FOR DAMAGES FOR (1) BREACH OF CONTRACT; (2) FRAUD; (3) INTENTIONAL INTERFERENCE WITH ECONOMIC RELATIONS; (4) NEGLIGENT INTERFERENCE WITH ECONOMIC RELATIONS; AND (5) CONSPIRACY**

11 on the interested parties in this action [X] by placing [] the original [X] a true copy thereof enclosed

12 in sealed envelopes addressed as follows:

13

**SEE ATTACHED SERVICE LIST**

14

[X]     **BY FEDERAL EXPRESS**

15

[X]     I deposited such envelope in a Federal Express drop box or other facility maintained

16 by Federal Express at Newport Beach, California. The envelope was mailed with postage thereon

17 fully prepaid.

18

[X]     I am readily familiar with Blakeley & Blakeley's practice of collecting and

19 processing correspondence for mailing. Under that practice the envelope would be deposited with

20 Federal Express on that same day with postage thereon fully prepaid at Newport Beach, California in

21 the ordinary course of business. I am aware that on motion of the party served, service is presumed

22 invalid if postal cancellation date or postage meter date is more than one day after date of deposit of

23 mailing in affidavit.

24

[X]     I declare under penalty of perjury under the laws of the United States that the

25 foregoing is true and correct. Executed on **August 1, 2007,** at Newport Beach, California.

26

27

28

Madison Bush

## **SERVICE LIST:**

## **COUNSEL FOR PLAINTIFF**
PHILLIP B. GREER
LAW OFFICES OF PHILLIP B. GREER
1280 Bison Road B9-531
Newport Beach, CA 92660