IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHRISS STREET, | ) Bankr. No. 96-1563 |
| Plaintiff, | ) |
| v. | ) Civ. No. 07-793-SLR |
| DANIEL HARROW, et al., | ) |
| Defendants. | ) |

# ORDER

At Wilmington this 13th day of February, 2008, consistent with the representations of defendant Harrow (D.I. 27);

IT IS ORDERED that the above captioned case is hereby referred to the United States Bankruptcy Court for the District of Delaware, pursuant to 28 U.S.C. §§ 1452(a) and 157(a).

_____
United States District Judge